ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -1 P 2:21
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANDRE COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 316-018 |
| | ) |
| DODGE COUNTY JAIL; LYNN SHEFFIELD, Sheriff; DONALD HELMS, Major; TOMMY BARRENTINE, Lieutenant; FNU LAW, Captain; and SUSAN LNU, Secretary of Dodge County Jail, | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 1st day of Sept., 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE